UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **UNITED STATES OF AMERICA** | Criminal No. 8:24-CR-406 (AMN) |
| v. | |
| **RICHARD HOCKERSMITH,** | |
| Defendant. | |

### STIPULATION AND ORDER FOR DESTRUCTION OF PROPERTY

The United States of America, by and through its counsel of record, the United States Attorney for the Northern District of New York, and the defendant, Richard Hockersmith, by and through counsel, Terence Kindlon, hereby agree and stipulate that the defendant consents to the destruction of the property described below. In entering this stipulation, the defendant hereby surrenders any and all claims of ownership and or possessory interest to all of the items described below and consents to the vesting of ownership of said items to the United States government, for destruction by Homeland Security Investigations, pursuant to their policies and procedures:

(1) one Apple iPhone SE;

(2) one Apple MacBook Pro;

(3) one blue SanDisk 8GB SD Card;

(4) one WD external hard drive;

(5) one SanDisk M2 2GB Card;

(6) one Canon 16GB MultiMediaCard;

(7) one Apple iPhone in case with charger;

(8) one Telex wooden box containing four SD cards and one micro SD card with adapter;

(9) one Apple iMac computer; and

(10) one blue HP Pavilion laptop computer.

The undersigned attorneys jointly submit this stipulation to the United States District Court for the Northern District of New York and consent to its entry as a Court order.

Dated: 12/10/24

CARLA B. FREEDMAN
United States Attorney

By: _____
~~Adrian LaRochelle~~ Benjamin S. Clark
Assistant United States Attorney
Bar Roll No. ~~701266~~ 703519

Dated: 12/10/2024

_____
Terence Kindlon, Esq.
Attorney for Defendant
Bar Roll No. 103142

IT IS SO ORDERED.

Dated and entered this  10th  day of  December , 2024

_____
Hon. Anne M. Nardacci
United States District Judge